**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

COLE GORDON                                                                                        PLAINTIFF

v.                               No. 4:15CV00518 JLH

THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS; SCOTT NORWOOD,
in his individual and official capacities;
GEORGE LEE, in his individual and official capacities;
CHRIS PETERSON, in his individual and official
capacities; GARY HOGAN, in his individual and
official capacities; and RICHARD TURNER, in his
individual and official capacities                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered on March 10, 2016, this action is dismissed without prejudice.

IT IS SO ORDERED this 1st day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE